# Exhibit B

**Loss Chart**
Losses of William Melchione in Synchronoss Technologies, Inc. (SNCR)

| Client Name | William Melchione | | | | | |
|---|---|---|---|---|---|---|
| Company Name | Synchronoss Technologies, Inc. | **90 Day Lookback Average** | $13.7536 | | **Loss** | $ (432,072.78) |
| Ticker Symbol | SNCR | | | | | |
| Class Period Start | 10/28/2015 | | | | | |
| Class Period End | 4/27/2017 | | | | | |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/2016 | 5,000.00 | $40.1920 | $200,959.99 | | | | | 5,000.00 | $13.7536 | $68,768.18 | $ (132,191.81) |
| 12/22/2016 | 500.00 | $39.2199 | $19,609.95 | | | | | 500.00 | $13.7536 | $6,876.82 | $ (12,733.13) |
| 12/22/2016 | 100.00 | $39.2150 | $3,921.50 | | | | | 100.00 | $13.7536 | $1,375.36 | $ (2,546.14) |
| 12/22/2016 | 400.00 | $39.2100 | $15,684.00 | | | | | 400.00 | $13.7536 | $5,501.45 | $ (10,182.55) |
| 1/5/2017 | 1,500.00 | $39.0631 | $58,594.59 | | | | | 1,500.00 | $13.7536 | $20,630.45 | $ (37,964.14) |
| 1/12/2017 | 900.00 | $38.2711 | $34,443.99 | | | | | 900.00 | $13.7536 | $12,378.27 | $ (22,065.72) |
| 1/12/2017 | 100.00 | $38.2500 | $3,825.00 | | | | | 100.00 | $13.7536 | $1,375.36 | $ (2,449.64) |
| 1/17/2017 | 1,500.00 | $38.2267 | $57,339.99 | | | | | 1,500.00 | $13.7536 | $20,630.45 | $ (36,709.54) |
| 2/6/2017 | 500.00 | $37.7700 | $18,884.99 | | | | | 500.00 | $13.7536 | $6,876.82 | $ (12,008.17) |
| 2/6/2017 | 1,700.00 | $37.7499 | $64,174.83 | | | | | 1,700.00 | $13.7536 | $23,381.18 | $ (40,793.65) |
| 2/6/2017 | 300.00 | $37.7350 | $11,320.50 | | | | | 300.00 | $13.7536 | $4,126.09 | $ (7,194.41) |
| 2/7/2017 | 770.00 | $37.2430 | $28,677.09 | | | | | 770.00 | $13.7536 | $10,590.30 | $ (18,086.79) |
| 2/7/2017 | 1,230.00 | $37.2800 | $45,854.40 | | | | | 1,230.00 | $13.7536 | $16,916.97 | $ (28,937.43) |
| 2/8/2017 | 500.00 | $35.7000 | $17,849.99 | | | | | 500.00 | $13.7536 | $6,876.82 | $ (10,973.17) |
| 2/9/2017 | 1,000.00 | $31.0175 | $31,017.49 | | | | | 1,000.00 | $13.7536 | $13,753.64 | $ (17,263.85) |
| 2/27/2017 | 1,000.00 | $28.9850 | $28,984.99 | | | | | 1,000.00 | $13.7536 | $13,753.64 | $ (15,231.35) |
| 3/3/2017 | 1,000.00 | $26.6200 | $26,619.99 | | | | | 1,000.00 | $13.7536 | $13,753.64 | $ (12,866.35) |
| 3/14/2017 | 1,000.00 | 25.62859 | $25,628.59 | | | | | 1,000.00 | $13.7536 | $13,753.64 | $ (11,874.95) |
| **TOTALS** | 19,000.00 Shares Purchased | | $693,391.87 Cost | | Shares Sold | | Proceeds from Sales | 19,000.00 Retained Shares | | $261,319.09 Retained Value | $ (432,072.78) Loss |