**MORGAN, LEWIS & BOCKIUS LLP**
(*A Pennsylvania Limited Liability Partnership*)
Harvey Bartle IV
502 Carnegie Center
Princeton, NJ 08540
Tel: 609-919-6600
Fax: 609-919-6701
*Attorneys for Defendants Synchronoss*
*Technologies, Inc., Stephen G. Waldis,*
*and Karen L. Rosenberger*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SYNCHRONOSS TECHNOLOGIES, INC., SECURITIES LITIGATION | Civil Action No.: 3:17-CV-02978-FLW-LHG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS PERMISSION TO FILE AN OVER-LENGTH MEMORANDUM** |

WHEREAS this matter having been brought to the Court upon Defendants Synchronoss Technologies, Inc., Stephen G. Waldis, and Karen L. Rosenberger's request for permission to file a Reply Memorandum in excess of the page limit in support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint, and for good cause shown,

IT IS, on this 5ᵗʰ day of February 2019,

ORDERED that Defendants' request for permission to file an over-length brief is GRANTED; and it is further

ORDERED that Defendants may file a combined Reply Memorandum of up to 42 pages in 14-point proportional font in support of their Motion to Dismiss the Consolidated Amended Class Action Complaint.

Honorable Freda L. Wolfson
United States District Judge

DB1/ 97347961