**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SYNCHRONOSS TECHNOLOGIES, INC. SECURITIES LITIGATION | Civil Action No. 17-2978 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **AMENDED ORDER** |

**THIS MATTER** having been opened to the Court by Harvey Bartle IV, Esq., counsel for Defendants Synchronoss Technologies, Inc., Stephen G. Waldis, and Karen L. Rosenberger (collectively, "Defendants"), on a motion to dismiss Lead Plaintiff Employees Retirement System of the State of Hawaii's ("Plaintiff") Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6); it appearing that Plaintiff, through its counsel, James E. Cecchi, Esq., opposes the motion; the Court having reviewed the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 28th day of June, 2019,

**ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's claims are dismissed without prejudice; however, Plaintiff may file a Second Amended Complaint within thirty (30) days of the date of this Order.

/s/ Freda L. Wolfson
Freda L. Wolfson
Chief U.S. District Judge