## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE SYNCHRONOSS
TECHNOLOGIES, INC. SECURITIES
LITIGATION

:
:
:
:
:

Civil Action No. 17-2978 (FLW) (LHG)

**ORDER**

THIS DOCUMENT RELATES TO:

ALL ACTIONS

:
:
:
:
:
:

**THIS MATTER** having been opened to the Court by Harvey Bartle, IV, Esq., counsel for defendants Synchronoss Technologies, Inc. ("Synchronoss"), Karen L. Rosenberger ("Rosenberger"), and Stephen G. Waldis ("Waldis") (collectively "Defendants"), on a Motion to Dismiss the Second Amended Complaint, brought pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6); it appearing that Lead Plaintiff the Employees Retirement System of the State of Hawaii ("Plaintiff"), through its counsel, James E. Cecchi, Esq., opposes the motion; the Court having considered the submissions of the parties without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed herewith, and for good cause shown,

**IT IS** on this 29th day of May, 2020,

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 84) is **DENIED IN PART** and **GRANTED IN PART**, and it is further

**ORDERED** that Plaintiff's Section 10(b) and Rule10b-5 and Section 20(a) claims are limited to the claim against Rosenberger stemming from the Company's alleged improper recognition of revenue without first obtaining signed contracts, and it is further

**ORDERED** that Plaintiff's claims based upon Defendants' alleged manipulation of expenses and alleged improper accounting for acquisitions and divestures are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff's claims based on Defendants' forward-looking statements are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that all claims against defendant Waldis are **DISMISSED WITHOUT PREJUDICE**.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge