James E. Cecchi
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Counsel for Lead Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SYNCHRONOSS TECHNOLOGIES, INC. SECURITIES LITIGATION | Civil Action No. 17-2978 (ZNQ) (LHG) **CLASS ACTION** |
| This Document Relates To: [ALL ACTIONS] | |

## NOTICE OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT PURSUANT TO FED. R. CIV. P. 23

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on September 20, 2021, the undersigned attorneys for Lead Plaintiff Employees' Retirement System of the State of Hawaii ("Lead Plaintiff") will move before the United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for Preliminary Approval of the Proposed Settlement Pursuant to Fed. R. Civ. P 23 and for entry of the [Proposed] Order Providing for Notice and Certifying Class, agreed upon by all parties: (1) conditionally certifying the proposed class, (2) approving the form and manner of giving notice of the proposed settlement to the proposed class, and (3) setting a hearing date for approval thereof, and a schedule for various deadlines relevant thereto;

PLEASE TAKE FURTHER NOTICE that a Memorandum of Law, declaration of James E. Cecchi, and exhibits thereto, are submitted herewith in support of this application.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

| | |
|---|---|
| DATED:  August 20, 2021 | Respectfully submitted, |
| _/s/ James E. Cecchi_<br>James E. Cecchi<br>CARELLA, BYRNE, CECCHI,<br>  OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>*Counsel for Lead Plaintiff and Proposed Liaison Counsel for the Class* | Daniel L. Berger (*pro hac vice*)<br>Jonathan D. Park (*pro hac vice*)<br>GRANT & EISENHOFER P.A.<br>485 Lexington Avenue<br>New York, New York 10017<br>Tel:  (646) 722-8500<br>Fax:  (646) 722-8501<br><br>Kyle J. McGee<br>Rebecca A. Musarra (*pro hac vice*)<br>GRANT & EISENHOFER P.A.<br>123 Justison Street<br>Wilmington, Delaware 19801<br>Tel:  (302) 622-7000<br>Fax:  (302) 622-7100<br><br>*Counsel for Lead Plaintiff and Proposed Class Counsel* |

2

## **CERTIFICATE OF SERVICE**

I, James E. Cecchi, hereby certify that on August 20, 2021, I served the foregoing Notice of Lead Plaintiff's Motion for Preliminary Approval of Settlement Pursuant to Fed. R. Civ. P. 23 on all counsel by filing the same via ECF to distribute to all counsel of record.

Dated: August 20, 2021   /s/ *James E. Cecchi*
James E. Cecchi