James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for the Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SYNCHRONOSS TECHNOLOGIES, INC. SECURITIES LITIGATION | Civil Action No. 17-2978 (ZNQ) (LHG) <br><br> **CLASS ACTION** |
| This Document Relates To: <br><br> [ALL ACTIONS] | |

# NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, AND CERTIFICATION OF CLASS AND OF CLASS REPRESENTATIVE AND <u>APPOINTMENT OF CLASS COUNSEL</u>

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to the Court's preliminary approval Order entered on August 25, 2021, on December 8, 2021, at 12:00 p.m., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, the undersigned attorneys for Lead Plaintiff Employees' Retirement System of the State of Hawaii ("Lead Plaintiff") will respectfully move the Court for final approval of the class action settlement and plan of allocation, and certification of the class and of class representative and appointment of class counsel, and entry of a final judgment.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, the parties will rely upon the accompanying brief, the Declaration of Daniel L. Berger and the exhibits annex thereto, the Stipulation of Settlement dated August 19, 2021, and the accompanying exhibits attached therewith, as well as all prior proceedings held in this action, and other such matters and arguments as the Court may consider in the hearing of this Motion. A proposed Judgment granting the requested relief will be submitted with Lead Plaintiff's reply papers, after the deadline for objecting to the settlement and plan of allocation has passed.

DATED: November 8, 2021

/s/ James E. Cecchi
_____
James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO,
P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Liaison Counsel for the Class*

Respectfully submitted,

Daniel L. Berger (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

Kyle J. McGee
Rebecca A. Musarra (*pro hac vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, Delaware 19801
Tel: (302) 622-7000
Fax: (302) 622-7100

*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, James E. Cecchi, hereby certify that on November 8, 2021, I served the foregoing Notice of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, Certification of Class and of Class Representative and Appointment of Class Counsel, on all counsel by filing the same via ECF to distribute to all counsel of record.

Dated: November 8, 2021           */s/ James E. Cecchi*
                                  James E. Cecchi